UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TARHARNEY W. DAVIS,

    Petitioner,

v.                                      Case No. 6:09-cv-243-Orl-35GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**: Respondents' Motion to Dismiss Petition (Doc. No. 7, filed April 9, 2009).

Respondents assert that the instant action should be dismissed because (1) Petitioner is challenging two convictions from two separate courts, (2) one of the convictions Petitioner is challenging is not final because a direct appeal is pending in state court, and (3) Petitioner is challenging a conviction for which he is no longer in State custody. *See* Doc. No. 7. Petitioner filed a response to Respondents' motion, wherein he asserts that he seeks to challenge his conviction for violation of probation in the instant habeas petition. *See* Doc. No. 10. Petitioner maintains that the claims related to his violation of probation conviction have been exhausted in the state courts. Upon review of the motion to dismiss and Petitioner's response thereto, it is hereby **ORDERED** as follows:

    1.    Respondents' Motion to Dismiss Petition (Doc. No. 7) is **DENIED** without prejudice.

2. Within **ELEVEN (11) DAYS** from the date of this Order, Petitioner shall file an amended habeas petition on the habeas form provided along with this Order by the **Clerk of the Court**. **In the instant case, Petitioner shall include all of his claims on the amended habeas petition and shall only challenge one of his state court convictions in the amended petition.** If Petitioner intends to challenge more than one conviction, he may file a separate habeas petition in a new case. In the instant case, all of Petitioner's claims challenging his conviction for violation of probation, assuming this is the conviction he intends to challenge in this action, must be included on the amended petition. Any claims not included on the amended petition will not be considered by this Court. **Failure to file the amended petition within this time will result in the dismissal of the instant action without further notice.**

**DONE AND ORDERED** in Orlando, Florida, this 12th day of May 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 5/12
Tarharney W. Davis
Counsel of Record